IN RE GUARDIANSHIP PETITION OF Katie Lynn COOK, No. 154-80

September 8, 1980. Printed case and appellant's brief shall be filed by October 10, 1980, or appeal dismissed.

STATE of Vermont v. Michael R. WILTSE, No. 180-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

Terrence E. LANE v. Raymond R. UNSWORTH, No. 193-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

Kenneth T. LAMPE and Janice T. Lampe v. David A. VILORD and Suzanne Vilord, No. 241-80

September 8, 1980. Appellant shall comply with the requirements of V.R.A.P. 10(b)(1) by October 1, 1980, or appeal dismissed.

IN RE T. L. S. and M. J. C., Juveniles, No. 249-79

September 15, 1980. Motion for additional time for oral argument is denied.

Billings, J.

IN RE GRIEVANCE OF Richard HARRISON, No. 477-79

September 15, 1980. Motion to enlarge time for filing appellant's brief to November 30, 1980, denied. Appellant's brief shall be filed by November 3, 1980.

Daley, J.

IN RE APPLICATION OF David PIPPIN, Mark Pippin, and William Pippin, No. 276-80

September 15, 1980. Motion to dismiss granted. Appeal dismissed.

IN RE APPLICATION OF David PIPPIN, Mark Pippin, and William Pippin, No. 288-80

September 15, 1980. Motion to dismiss granted. Appeal dismissed.

VERMONT STATE EMPLOYEES' ASSOCIATION, INC. v. STATE of Vermont, et al., No. 50-79

September 17, 1980. The contract involved in this litigation having, by its terms, expired, without infringement of the rights sought to be enforced thereunder, the appeal is dismissed as moot. *In re Consti-*

*tutionality of House Bill 88*, 115 Vt. 524, 64 A.2d 169 (1949).

**VERMONT STATE EMPLOYEES' ASSOCIATION, INC. v. STATE of Vermont, et al., No. 258-79**

September 17, 1980. The contract involved in this litigation having, by its terms, expired, without infringement of the rights sought to be enforced thereunder, the appeal is dismissed as moot. *In re Constitutionality of House Bill 88*, 115 Vt. 524, 64 A.2d 169 (1949).

**IN RE J. S., Juvenile, No. 292-79**

September 17, 1980. Motion to dismiss denied.

**NORTH EAST WELL DRILLING, INC. v. Patricia SAFKA and Frederick Safka d/b/a Willoughvale Restaurant, No. 49-80**

September 17, 1980. Appearance of counsel shall be entered on or before October 14, 1980, or appeal dismissed.

Billings, J.

**A. JOYAL, INC. d/b/a Spates Construction v. Fred SAFKA, Patricia Safka and Five-A, Inc., d/b/a Willoughvale Inn, No. 131-80**

September 17, 1980. Appearance of counsel shall be entered on or before October 14, 1980, or appeal dismissed.

Daley, J.

**MURRAY HILL PARTNERS v. Wilson B. PROPHET, Jr., et al., No. 16-80**

September 18, 1980. Appellee's motion for enlargement of time is denied.

Billings, J.

**IN RE GRIEVANCE OF Cora J. CAMPBELL, No. 124-79**

September 19, 1980. Printed case and appellant's brief shall be filed on or before October 20, 1980, or appeal dismissed.

**STATE of Vermont v. Harold K. SIEGLINGER, No. 476-79**

September 19, 1980. The State having confessed error in this cause, the judgment below is reversed and the cause remanded.

**IN RE GREEN MOUNTAIN POWER CORPORATION Rate Filing of October 11, 1979, No. 214-80**

September 19, 1980. Appellee's